1  Susan J. Robinson
   ROBINSON TAIT, P.S.
2  616 First Avenue, Suite 550
   Seattle, Washington 98104
3  Telephone:  (206) 676-9640
   Facsimile:  (206) 676-9659
4

5  Attorneys for Defendants,
   Ocwen Loan Servicing, LLC, successor to
6  Ocwen Federal Bank FSB, The Bank of New York,
   as Trustee, pursuant to the terms of that certain
7  Pooling and Servicing Agreement dated as of November 1, 1996
   related to Metropolitan Asset Funding, Inc., Mortgage
8  Pass-Through Certificates Series 1996-A, and Gina Johnson

9
                    UNITED STATES DISTRICT COURT
10                  EASTERN DISTRICT OF WASHINGTON
                            AT SPOKANE
11

12 | MARCO T. BARBANTI,                          )  Case No.: CV-06-0065-EFS
                                                 )
13 |         Plaintiff,                          )  Honorable Edward F. Shea
                                                 )
14 |     vs.                                     )  AGREED ORDER WITHDRAWING
                                                 )  MOTION TO DISMISS AND MOTION TO
15 | QUALITY LOAN SERVICE CORP.,                 )  STRIKE AND SETTING DEADLINE FOR
     California Corporation; EDDIE RAMIREZ      )  RESPONSIVE PLEADING ON BEHALF
16 | AND JANE DOE RAMIREZ, Husband and           )  OF OCWEN
     Wife; BANK OF NEW YORK, as Trustee,         )
17 | Pursuant to the Terms of That Certain Pooling )
     and Servicing Agreement Dated as of         )
18 | November 1, 1996 Related to Metropolitan    )
     Asset Funding Inc., Mortgage Pass-through   )
19 | Certificates Series 1996-a; OCWEN LOAN      )
     SERVICING, LLC, a Delaware limited          )
20 | liability corporation; GINA JOHNSON AND     )
     JOHN DOE JOHNSON, Husband and Wife;         )
21                                               )
                                                 )
22 |         Defendants.                         )
23

24

25                                  **BASIS**

26      THE DEFENDANTS Ocwen Loan Servicing, LLC, successor to Ocwen Federal Bank

27

28 ─────────────────────────────────────────────
   **AGREED ORDER WITHDRAWING MOTION TO DISMISS
   AND MOTION TO STRIKE AND SETTING DEADLINE FOR
   RESPONSIVE PLEADING ON BEHALF OF OCWEN - 1**

FSB ("Ocwen"), The Bank of New York, as Trustee, pursuant to the terms of that certain Pooling and Servicing Agreement dated as of November 1, 1996 related to Metropolitan Asset Funding, Inc., Mortgage Pass-Through Certificates Series 1996-A ("Bank of New York, as Trustee"), and Gina Johnson and John Doe Johnson, having filed a Motion to Dismiss the Complaint, and the Plaintiff, Marco Barbanti having filed a Motion to Strike the Motion to Dismiss. The Court having reviewed the records herein and being informed that the above stated Defendants and Plaintiff do hereby agree as follows, the Court enters the following order:

## ORDER

The Defendants' Motion to Dismiss [2] is hereby withdrawn, without prejudice to the right to re-file said motion at a later date. Additionally, the Plaintiff's Motions to Strike the Motion are hereby withdrawn [7 & 11] based on the withdrawal of Defendants' Motion to Dismiss. The hearings related to these matters currently set on April 28th, 2006, and May 18th 2006, are hereby stricken. Plaintiff's Motion to Expedite Hearing on the Motion to Strike is denied as moot.

The Court also orders and the undersigned parties do hereby agree that the deadline for Ocwen to file responsive pleadings shall be May 12, 2006.

Dated: ~~April~~ May 2, 2006 ____, 2006

　　　　　　　　　　　　　　　　　　s/ Edward F. Shea
　　　　　　　　　　　　　　　　　　The Honorable Edward Shea
　　　　　　　　　　　　　　　　　　United States District Court Judge

**AGREED ORDER WITHDRAWING MOTION TO DISMISS
AND MOTION TO STRIKE AND SETTING DEADLINE FOR
RESPONSIVE PLEADING ON BEHALF OF OCWEN - 2**