Robert W. Norman, Jr., WSBA #37094                    Honorable Edward F. Shea
HOUSER & ALLISON, APC
9970 Research Drive
Irvine, California 92618
Telephone:  (949) 679-1111
Facsimile:  (949) 679-1112

Attorney for Defendants,
Ocwen Loan Servicing, LLC, successor to Ocwen Federal Bank FSB, The Bank of
New York, as Trustee, pursuant to the terms of that certain Pooling and Servicing
Agreement dated as of November 1, 1996 related to Metropolitan Asset Funding,
Inc., Mortgage Pass-Through Certificates Series 1996-A, and Gina Johnson

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

MARCO T. BARBANTI,                    )    Case No.:  CV-06-0065-EFS
                                      )
                Plaintiff,            )    ORDER GRANTING
                                      )    STIPULATION RE
v.                                    )    CONFIDENTIALITY
                                      )    AGREEMENT AND
                                      )    PROTECTIVE ORDER
QUALITY LOAN SERVICE                  )
CORP., a California Corporation;      )
EDDIE RAMIREZ AND JANE                )
DOE RAMIREZ, Husband and              )
Wife; BANK OF NEW YORK, a             )
New York Corporation, as Trustee,     )
Pursuant to the Terms of That         )
Certain Pooling and Servicing         )
Agreement Dated as of November 1,     )
1996 Related to Metropolitan Asset    )
Funding Inc., Mortgage Pass-          )
through Certificates Series 1996-a;   )
OCWEN LOAN SERVICING, LLC,            )
_____

ORDER GRANTING STIPULATION RE                    Robert W. Norman, Jr.
CONFIDENTIALITY AGREEMENT AND PROTECTIVE         Houser & Allison, APC
ORDER - 1                                        9970 Research Drive
                                                 Irvine, CA92618
                                                 PH: (949) 679-1111
                                                 FAX: (949) 679-1112

1  | a Delaware corporation; GINA          )
2  | JOHNSON AND JOHN DOE                   )
3  | JOHNSON, Husband and Wife.             )
   |                                        )
4  |                 Defendants.            )
   | _____

5         After full consideration of the Stipulation re Confidentiality Agreement and

6  Protective Order dated September 5, 2006, and good cause appearing therefore,

7         **IT IS HEREBY ORDERED** that the Stipulation re Confidentiality

8  Agreement and Protective Order is hereby granted.

9         **IT IS SO ORDERED.**

10 Dated this ____11th___ day of _____September_____, 2006.

11

12                                          s/ Edward F. Shea
                                            _____
13                                          Honorable Edward F. Shea
                                            United States District Judge
14

15

16

17

18

19

20

21

22

23

24 | ORDER GRANTING STIPULATION RE                    Robert W. Norman, Jr.
25 | CONFIDENTIALITY AGREEMENT AND PROTECTIVE         Houser & Allison, APC
   | ORDER - 2                                        9970 Research Drive
26 |                                                  Irvine, CA 92618
   |                                                  PH: (949) 679-1111
27 |                                                  FAX: (949) 679-1112

28