AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

MARCO T. BARBANTI,
        Plaintiff,

v.

QUALITY LOAN SERVICE CORP., a California Corporation, et al.
        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-0065-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that:

1. The Court declares that the Declaration of Forfeiture dated January 3, 2006, and recorded on January 11, 2006, under Spokane County auditor's number 5329760 is VOID and has no legal effect on the ownership of the Property;

2. The Court declares that the recordation of the Declaration of Forfeiture did not terminate the rights of any entity claiming an interest in the Property; and

3. The Court reserves all rights and claims not addressed by this judgment, including the right to attorney fees, until trial.

July 9, 2007
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas